# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2022-2104
_____

LENORRIS Q. PARKER,

     Appellant,

     v.

RICKY D. DIXON, Secretary,
Florida Department of
Corrections,

     Appellee.

_____

On appeal from the Circuit Court for Hamilton County.
Paul S. Bryan, Judge.

January 25, 2024

PER CURIAM.

     AFFIRMED.

ROBERTS, ROWE, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Lenorris Q. Parker, pro se, Appellant.

Ashley Moody, Attorney General, and Michael Schaub, Assistant Attorney General, Tallahassee, for Appellee.